**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiffs**

*IT IS SO ORDERED*
*Judge James Ware*
11/20/2009

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRANDON HORIUCHI and GREG CONACCIO,**<br><br>Plaintiffs,<br><br>vs.<br><br>**MEZZETTI FINANCIAL SERVICES, INC.,**<br><br>Defendant. | Case No. C09-03231 JW<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Northern District Court of California, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 13th day of November, 2009.


                                       By: **s/Todd M. Friedman**
                                           **Todd M. Friedman, Esq.**
                                           **Attorney for Plaintiff**

Filed electronically on this 13th day of November, 2009, with:

United States District Court CM/ECF system

And hereby served upon all parties

By: s/Todd M. Friedman
    Todd M. Friedman

**IT IS SO ORDERED:**

The Court terminates any remaining pending deadlines, hearings and motions.  The Clerk shall close this file.

Dated: November 20, 2009

_____
United States District Judge